Opinion filed October 23, 2025



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00171-CV

_____

## C.R.G. SRL, Appellant

## V.

## DOMINGA DE JESUS A/N/F OF N.D.L.S., A CHILD, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CV61088**

## M E M O R A N D U M   O P I N I O N

This accelerated appeal arises from the trial court's order denying Appellant's special appearance in the proceedings below. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7) (West Supp. 2024); TEX. R. CIV. P. 120a. Appellant has now filed an unopposed motion to dismiss this appeal. In the motion, Appellant informs us that, on October 13, 2025, the trial court granted its motion for reconsideration and signed an amended order granting its special appearance. In its amended order, the trial court found that it lacks personal jurisdiction over Appellant, granted Appellant's motion to reconsider and its special appearance, and dismissed Appellee's claims against Appellant for lack of personal jurisdiction. We grant

Appellant's unopposed motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. STACY TROTTER

JUSTICE

October 23, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.